**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 23 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THADDEUS R. ANDERSON<br>A/K/A<br>TED ANDERSON | Criminal Indictment<br><br>No. 1:24CR0028 |

THE GRAND JURY CHARGES THAT:

### Count One

### (Distribution of Child Pornography)

Beginning in or about January 2023, and continuing until in or about July 2023, in the Northern District of Georgia, the defendant, THADDEUS R. ANDERSON A/K/A TED ANDERSON, did knowingly distribute at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been (a) produced using at least one minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count Two

## (Receipt of Child Pornography)

Beginning in or about January 2023, and continuing until in or about July 2023, in the Northern District of Georgia, the defendant, THADDEUS R. ANDERSON A/K/A TED ANDERSON, did knowingly receive at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction having been (a) produced using at least one minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer and cellular telephone, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count Three

## (Possession of Child Pornography)

On or about August 23, 2023, in the Northern District of Georgia, the defendant, THADDEUS R. ANDERSON A/K/A TED ANDERSON, did knowingly possess at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means,

including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, THADDEUS R. ANDERSON A/K/A TED ANDERSON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a):

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property.

The property to be forfeited includes, but is not limited to, a personal forfeiture money judgment, that is, a sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses charged in Counts One and Two of this Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant, THADDEUS R. ANDERSON A/K/A TED ANDERSON:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A    _True_    BILL

_Perry Haverh_
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

SAMANTHA M. SCHLICH
*Assistant United States Attorney*
Georgia Bar Pending; New York Bar No. 5515275

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181