# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cr-00028-SDG-JKL
## USA v. Anderson
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 10/08/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:20 A.M.
TIME IN COURT: 1:20
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
USPO: Lauren Pena
DEPUTY CLERK: Danielle Brye

| | |
|---|---|
| DEFENDANT(S): | [1]Thaddeus R. Anderson Present at proceedings |
| ATTORNEY(S) PRESENT: | Scott Poole representing Thaddeus R. Anderson<br>Samantha Schlich representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary). |
| PLEADINGS FILED IN COURT: | Defendant's Letters of Support |
| MINUTE TEXT: | Sentencing hearing held on October 8, 2024. The Court ADOPTED the Finding of Facts and Conclusions of Law in the PSR and announced the guideline calculations. The Court heard argument from the parties on their recommendation for a reasonable sentence. Defendants Letter of Support filed in open court. Defendant allocuted. Defendant sentenced to 78 months, 5 years of supervised release, a special assessment of $100.00, no fine, and restitution in an amount to be determined at a later date. Further details can be found in the Judgment and Commitment Order. The Court advised defendant of his appeal rights. No objection to the sentence raised by either party. Judgment and Commitment Order to be entered separately. |